UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVERBANK, a Washington State Chartered Bank<br><br>Plaintiff,<br><br>v.<br><br>M/V ROCK A BYE, Official No. 1152013, her engines, boilers, machinery, components, etc., *in rem*<br>and<br>JOHN GF HIEBER JR. and DEBRA A. HIEBER, individually and on behalf of their marital community, *in personam*<br><br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>CASE NO. C18-0387RSM<br><br><br><br>ORDER FOR ISSUANCE OF WARRANT FOR MARITIME ARREST |

This matter having come upon the motion of Plaintiff pursuant to 46 U.S.C. §§ 31320-31325, Fed. R. Civ. P. 9(h), and Supplemental Rule for Admiralty and Maritime Claims and Asset Forfeiture Actions C(3), and the Court, having considered the records and files herein, and having concluded that the conditions for an action an action *in rem* appear to exist, now therefore it is

**ORDERED** that the immediate issuance of a warrant for the arrest of defendant vessel, the ROCK A BYE, Official Number 1152013, is authorized; and it is further

**ORDERED** that the Clerk shall immediately issue a warrant for maritime arrest of the vessel; and it is further

ORDER FOR ISSUANCE OF WARRANT FOR MARITIME ARREST - 1

{S1664671; 1}



Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

**ORDERED** that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that a copy of this Order be attached to and served with the said warrant for maritime arrest.

DATED this 15th day of March, 2018.

                                            _____
                                            RICARDO S. MARTINEZ
                                            CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

WITHERSPOON • KELLEY

       */s/ Michael D. Currin*_____
MICHAEL D. CURRIN, WSBA #14603
CASEY M. BRUNER, WSBA # 50168
PAMELA D. COMBO, WSBA #53012
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201
Telephone: (509) 624-5265
Fax: (509) 458-2728
Email:  mdc@witherspoonkelley.com
*Attorneys for RiverBank*

ORDER FOR ISSUANCE OF WARRANT FOR MARITIME ARREST - 2

{S1664671; 1}



WITHERSPOON • KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300            Fax: 509.458.2728