UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIVERBANK, a Washington State Chartered Bank<br><br>Plaintiff,<br><br>v.<br><br>M/V ROCK A BYE, Official No. 1152013, her engines, boilers, machinery, components, etc., *in rem*<br>and<br>JOHN GF HIEBER JR. and DEBRA A. HIEBER, individually and on behalf of their marital community, *in personam*<br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No. C18-387 RSM<br><br>ORDER AUTHORIZING SERVICE BY PUBLICATION |

THIS MATTER having come before the Court this day on the Motion of Plaintiff RiverBank for an order authorizing service of the Summons in the above-captioned action by publication upon Defendants John GF Hieber, Jr. and Debra A. Hieber, individually and on behalf of their marital community, and the Court having reviewed the files and records herein, Plaintiff's Motion for Order Authorizing Service by Publication and the Declaration of Pamela D. Combo in support thereof and the Court being fully advised in the premises,.

IT IS HEREBY ORDERED THAT service of the Summons may be had upon Defendants John GF Hieber, Jr. and Debra A. Hieber, individually and on behalf of their marital

ORDER FOR SERVICE BY PUBLICATION - 1

community by publication, as provided by law, when a defendant cannot be located and served through reasonable diligence. The form of the Summons and manner of publication shall be as required under RCW 4.28.110.

DATED this 6th day of June 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Respectfully Presented by:*

WITHERSPOON • KELLEY

By: *s/ Pamela D. Combo*
Pamela D. Combo, WSBA No. 53102
Email: pdc@witherspoonkelley.com
*Attorneys for Plaintiff*

ORDER FOR SERVICE BY PUBLICATION - 2



422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728