MICHAEL D. CURRIN, WSBA # 14603
SHELLEY N. RIPLEY, WSBA #28901
CASEY M. BRUNER, WSBA # 50168
PAMELA D. COMBO, WSBA #53102
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
snr@witherspoonkelley.com
*Attorneys for Plaintiff RiverBank*

Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIVERBANK, a Washington State Chartered Bank<br><br>Plaintiff,<br><br>v.<br><br>M/V ROCK A BYE, Official No. 1152013, her engines, boilers, machinery, components, etc., *in rem*<br>and<br>JOHN GF HIEBER JR. and DEBRA A. HIEBER, individually and on behalf of their marital community, *in personam*<br><br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No. 2:18-CV-00387<br><br>STIPULATED ORDER SUBSTITUTING JAMES SPURGETIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHN G.F. HIEBER JR., AS DEFENDANT |

THIS MATTER came before the court upon the Stipulated Motion of Plaintiff RiverBank and Mr. James Spurgetis, for an Order substituting Mr. James Spurgetis, for Debra Hieber as the former Personal Representative of the Estate of John G.F. Hieber Jr., and it appearing from the records of this Court that the Motion should be granted.

ORDER OF SUBSTITUTION - 1
{S1890377; 1 }

THEREFORE, IT IS ORDERED that the Motion is granted and James Spurgetis, as Personal Representative of the Estate of John G.F. Hieber, Jr., is hereby substituted as a Defendant of record in this action in the place of Debra Hieber, the former Personal Representative of the Estate of John G.F. Hieber, Jr.

DATED this 5 day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| WITHERSPOON · KELLEY | JAMES P. SPURGETIS PS |
|---|---|
| *s/ Pamela D. Combo* | *s/ James P. Spurgetis* |
| MICHAEL D. CURRIN, WSBA #14603 | JAMES P. SPURGETIS, WSBA #7949 |
| SHELLEY N. RIPLEY, WSBA #28901 | 422 W. Riverside Avenue, Suite 620 |
| CASEY M. BRUNER, WSBA # 50168 | Spokane, WA  99201 |
| PAMELA D. COMBO, WSBA #53012 | Telephone: (509) 444-5141 |
| 422 W. Riverside Avenue, Suite 1100 | Fax: (509) 444-5143 |
| Spokane, WA  99201 | Email:  jps@spurgetislaw.com |
| Telephone: (509) 624-5265 | *Personal Representative* |
| Fax: (509) 458-2728 | |
| Email:  pdc@witherspoonkelley.com | |
| *Attorneys for Plaintiff RiverBank* | |

ORDER OF SUBSTITUTION - 2
{S1890377; 1 }