UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATLLE

RIVERBANK,

        Plaintiff,

  v.

M/V ROCK A BYE et al.,

        Defendants.

CASE NO. C18-387 RSM

ORDER MODIFYING
DISCOVERY DEADLINES

THIS MATTER came before the Court upon the Stipulated Motion of all parties for an Order Modifying Discovery Deadlines, and it appearing from the Motion and records of this Court that good cause exists for modifying the deadline for filing motions related to discovery and completing discovery.

THEREFORE, IT IS ORDERED that the Order Setting Trial Date and Related Dates (Dkt. # 48) is modified to reflect the following two deadline changes:

    Deadline for filing motions related to discovery:        November 1, 2019

    Discovery completed by:        November 15, 2019

    //

    //

ORDER MODIFYING
DISCOVERY DEADLINES: 1

DATED this 25th day of October 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by

LUKINS & ANNIS, P.S.

By /s/ Trevor R. Pincock
TREVOR R. PINCOCK
WSBA #36818
CHARLES HAUSBERG
WSBA #50029

Attorneys for Defendants

WITHERSPOON KELLEY

By /s/ Shelley N. Ripley
SHELLEY N. RIPLEY, WSBA # 28901
PAMELA D. COMBO, WSBA #53102

Attorneys for Plaintiff

ORDER MODIFYING
DISCOVERY DEADLINES: 2