The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATLLE

| | |
|---|---|
| RIVERBANK, <br><br> Plaintiff, <br><br> v. <br><br> M/V ROCK A BYE et al., <br><br> Defendants. | CASE NO. 2:18-cv-00387-RSM <br><br> **STIPULATED ORDER MODIFYING DEADLINES** |

THIS MATTER came before the Court upon the Stipulated Motion of all parties for an Order Modifying Deadlines, and it appearing from the Motion and records of this Court that good cause exists for modifying the deadlines,

THEREFORE, IT IS ORDERED that the Order Setting Trial Date and Related Dates (Dkt. # 48), as previously modified by the Order Modifying Discovery Deadlines in Dkt. #67, is modified to reflect the following three deadline changes:

| | |
|---|---|
| Deadline for filing motions related to discovery: | November 22, 2019 |
| Discovery completed by: | November 29, 2019 |
| All dispositive motions must be filed by: | December 13, 2019 |

ORDER MODIFYING
DEADLINES: 1
CASE NO. 2:18-cv-00387-RSM
11/5/19

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

DATED this 5 day of November, 2019.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by

LUKINS & ANNIS, P.S.

By /s/ Trevor R. Pincock
TREVOR R. PINCOCK
WSBA #36818
CHARLES HAUSBERG
WSBA #50029

Attorneys for Defendants

WITHERSPOON KELLEY

By /s/ Shelley N. Ripley
SHELLEY N. RIPLEY, WSBA # 28901
PAMELA D. COMBO, WSBA #53102

Attorneys for Plaintiff

ORDER MODIFYING
DEADLINES: 2
CASE NO. 2:18-cv-00387-RSM
11/5/19

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323